ORIGINAL

- 1 -

1  Your Name: ELEAZAR VILLEGAS
2  Address: P.O. BOX 1121 SANTA CLARA, CA 95052
3  Phone Number: 669-236-9071
4  Fax Number:
5  E-mail Address: ZARVILLE1@YAHOO.COM
6  Pro Se Plaintiff

E-FILING

ADR

B #5 HP NP

FILED
JAN 09 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ELEAZAR VILLEGAS

Plaintiff,

vs.

CHRISTOPHER WRAY, F.B.I, DIR
ROBERT S. MUELLER, F.B.I
LAURIE SMITH, SANTA CLARA
COUNTY SHERIFF, et al.

Defendant.

Case Number  CV 19 0135 VKD

**COMPLAINT**

DEMAND FOR JURY TRIAL
Yes ✓   No ☐

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: ELEAZAR VILLEGAS
Address: P.O. BOX 1121, SANTA CLARA, CA 95052
Telephone: 669-236-9071

COMPLAINT
PAGE 1 OF 7  [JDC TEMPLATE – Rev. 05/2017]

Case 5:19-cv-00135-LHK   Document 1   Filed 01/09/19   Page 2 of 10

-2-

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: CHRISTOPHER WRAY, DIRECTOR OF THE F.B.I
Address: 935 Pennsylvania Ave. N.W. Washington, D.C. 20535
Telephone: (202) 324-3000

Defendant 2:
Name: ROBERT S. MUELLER, FORMER DIRECTOR OF F.B.I
Address: 935 Pennsylvania Ave. N.W. Washington, D.C. 20535
Telephone: (202) 324-3000

Defendant 3:
Name: LAURIE SMITH, SANTA CLARA COUNTY SHERIFF
Address: 55 WEST YOUNGER AVE. SAN JOSE, CA 95110
Telephone: (408) 808-4400

PLEASE SEE PAGE 6, ATTACHED HERETO FOR ADDITIONAL DEFENDANTS

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[✓] under federal question jurisdiction because it is involves a federal law or right.
[*Which federal law or right is involved?*] 42 U.S.C. Sec. 1983 THE FIRST AND FOURTEENTH AMEND. TO THE U.S. CONST. DUE PROCESS & EQUAL PROTECTION.

[ ] under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

COMPLAINT
PAGE 2 OF 7 [*JDC TEMPLATE – Rev. 05/2017*]

DEFENDANTS CONTINUED FROM PG. 2.
[Copy this page and insert it where you need additional space.]

4. MIKE WASSERMAN, SANTA CLARA COUNTY SUPERVISOR
70 WEST HEDDING ST. EAST WING 10TH FLOOR
SAN JOSE, CA 95110

5. PHAN NGO, CHIEF OF SUNNYVALE PROTECTIVE SERVICES
700 ALL AMERICAN WAY
SUNNYVALE, CA 94086
(408) 730-7100

6. LISA ERAY, LIBRARY DIRECTOR, CITY OF SUNNYVALE
505 W. OLIVE AVE, SUITE 200
SUNNYVALE, CA 94086
(408) 730-7490

7. MICHAEL J. SELLERS, CHIEF OF POLICE CITY OF SANTA CLARA
601 EL CAMINO REAL
SANTA CLARA, CA 95050
(408) 615-4700

8. HILLARY KEITH, SENIOR LIBRARIAN FOR THE CITY OF SANTA CLARA
1500 WARBURTON AVE
SANTA CLARA, CA 95050
(408) 615-2930

COMPLAINT
PAGE 3 OF 7 [JDC TEMPLATE – 05/17]

## VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4. Venue is appropriate in this Court because:

   [✓] a substantial part of the events I am suing about happened in this district.

   [✓] a substantial part of the property I am suing about is located in this district.

   [✓] I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

   [✓] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5. Because this lawsuit arose in _SANTA CLARA, SAN MATEO_ County, it should be assigned to the _SAN FRANCISO/OAKLAND_ Division of this Court.

## STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

PLEASE SEE ATTACHED PAGES 1-3.

COMPLAINT
PAGE 4 OF 7 *[JDC TEMPLATE – Rev. 05/2017]*

## CLAIMS

### First Claim

(Name the law or right violated: THE FIRST AMEND. TO THE U.S. CONST.)

(Name the defendants who violated it: Former Director of the FBI Robert S. Mueller, et al.

[Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

___. THE FIRST AMENDMENT TO THE UNITED STATES CONSTITUTION ALLOWS FOR FREEDOM OF SPEECH, AS WELL AS THE RIGHT TO PETITION ONES GOVERNMENT FOR A REDRESS OF GRIEVANCES.

___. PLAINTIFF HAS BEEN DENIED THIS RIGHT BY DEFENDANTS Robert S. Mueller, AS WELL THE CURRENT DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, AND ALL OTHER FEDERAL AGENTS ACTING IN CONCERT WITH THEM.

___. DEFENDANTS Laurie Smith, Mike Wasserman, Susan Ellenberg and Dave Cortese HAVE FAILED TO PROVIDE FOR THE ADEQUATE ACCESS TO THE COURTS WITHIN THE SANTA CLARA COUNTY JAIL SYSTEM.

___.

DEFENDANTS MICHAEL J. SELLERS, Hillary Kieth, Phan Ngo, Lisa Gray CONSPIRED WITH THE FEDERAL BUREAU OF INVESTIGATION TO DENY PLAINTIFF HIS FIRST AMENDMENT RIGHTS.

___.

//

COMPLAINT
PAGE 5 OF 7 [JDC TEMPLATE – 05/17]

_____ **Claim**

(Name the law or right violated: THE FOURTEENTH AMENDMENT THE U.S. CONST.)

(Name the defendants who violated it: DUE PROCESS AND EQUAL PROTECTION)

DEFENDANTS ROBERT S. MUELLER, AND CURRENT DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION CHRISTOPHER A. WRAY, AS WELL AS ALL OTHER FEDERAL AGENTS WORKING IN CONCERT WITH THEM TO deny PLAINTIFF HIS RIGHT UNDER THE DUE PROCESS CLAUSE OF THE XIV AMEND. TO THE U.S. CONSTITUTION.

DEFENDANTS LAURIE SMITH, MIKE WASSERMAN, SUSAN ELLENBERG, DAVE CORTESE HAVE INTENTIONALLY AND KNOWINGLY OPERATED A "PAGING SYSTEM" WITHIN THE CORRECTION DEPARTMENT OF THE SANTA CLARA COUNTY JAIL DEPT. THAT DENIES PLAINTIFFS DUE PROCESS UNDER THE FOURTEENTH AMEND. OF THE U.S. CONST.

DEFENDANTS MICHAEL J. SELLERS, HILLARY KIETH, PHAN NGO; & LISA GRAY HAVE ALSO VIOLATED PLAINTIFFS CONSTITUTIONAL RIGHT UNDER THE FOURTEENTH AMENDMENT - "DUE PROCESS AND EQUAL PROTECTION CLAUSES."

COMPLAINT
PAGE 6 OF 7   [JDC TEMPLATE – 05/17]

## DEMAND FOR RELIEF

[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]

1. Order all Defendants to stop violating plaintiffs Constitutional rights.
2. Order all Defendants to allow plaintiff to file and pursue all legal claims and issues;
3. Order the Defendants to provide a law library and at least (6) hours of daily research; as well as provide ink pens, 28 lined legal paper, legal pads and 10x12 envelopes and adequate postage, for mailing.
4. $1,000,000 from each Defendant.
5. An Injunction to stop all abuse.

## DEMAND FOR JURY TRIAL

[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]

[✓] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 1-8-19     Sign Name: [signature]
                 Print Name: ELEAZAR VILLEGAS

COMPLAINT
PAGE 7 OF 7  [JDC TEMPLATE – 05/17]

COMPLAINT

The defendants offer a "Paging System" to fulfill their legal obligation to provide **"Adequate access to the courts"** that is provided in established law.

However, the **"Paging System"** that the Santa Clara County jail provides falls way short in providing **"Adequate Access to the Courts"**. Plaintiff has been unable to research and file a petition for Habeas Corpus challenging his illegal confinement.

As well as conduct the necessary legal research and file the following civil rights lawsuits. Plaintiff needs to file a civil rights action concerning the denial of adequate Dental and Medical care. There are several other very pressing lawsuits and or legal actions that directly concern plaintiffs safety and security, such as but not limited to a conspiracy by the **Federal Bureau of Investigation** who have physically and sexually abused and tortured plaintiff for many years, under the color of authority and hidden from public view by bogus claims of National Security concerns.

Plaintiff also has to file a civil rights lawsuit regarding the fact that the Federal Bureau of Investigation and other Federal agents acted in a conspiracy that resulted in fabricated criminal charges against plaintiff from an **FBI Informant** that resulted in plaintiff being sent to maximum security state prison for twenty consecutive years where he was repeatedly assaulted and tortured by corrupt law enforcement officials that resulted in plaintiff being disabled for life.

All of the abuse was covered up by the Federal Bureau of Investigation. Defendants R.S. Mueller, former Director of the Federal Bureau of Investigation has used Hypnosis as a tool to control and deter plaintiff from accessing the courts to pursue these and several other claims. The defendants have placed a National Security Letter on plaintiff that they have been using to abuse plaintiff and cover it up.

On or around January 2008, plaintiff was subjected to a violent sexual assault by defendants

1 of 3

Bill Steele and other correctional staff acting in concert with him, to and including agents of the Federal Bureau of Investigation, while plaintiff was under Hypnosis.

Plaintiff submitted several written complaints to the United States Department of Justice, California Department of justice, to and including the Office of the Inspector General who ignored everything. They did nothing, but help cover up the attacks.

There are several other legitimate civil rights actions and other forms of legal actions plaintiff must take, but plaintiff is being denied his ability to file these claims by defendants R.S. Mueller, and or his successor, Santa Clara County Sheriff Laurie Smith, and all other acting in concert and complicit in this conspiracy.

Almost all Federal and State courts require that pleadings need to be in Black ink, as well as a Tort Claim to the Board of Equalization without an ink pen. The Santa Clara County jail system does not provide an ink pen.

Furthermore, the defendants do not have a law library or system in place that will provide the essential basics, such as writing paper and mailing envelopes, as well as photo copy services and postage to mail the legal documents to the courts.

Defendants Laurie Smith, County Supervisors Mike Wasserman, Susan Ellenberg and Dave Cortese, are given the specific legal responsibility to incarcerate individuals, as well as protect their **Constitutional Rights.**

Anyone associated with legal research knows that even when you use a legal search engine on a computer to conduct legal research it requires a lot of "Hit and Misses" to find what your looking for. Even if plaintiff was able to get his initial cause of action filed, there would be no way for plaintiff to conduct the necessary legal research and then file a reply and or response to the defendants and or opposing counsel/parties Motion to Dismiss, Discovery Motions, and or reply, etc.

Defendant R. S. Mueller, as well as the current FBI Director has been using various police

2 of 3

Departments to carry out their illegal tactics. Sunnyvale Chief of police Phan Ngo as well as Library Director Lisa Gray, have allowed the mental and physical harassment to and including **racial hate crimes against plaintiff resulting in severe physical injuries and pain.**

These Hate Crimes in the City of Sunnyvale on 10-11-18, and 10-31-18. Plaintiff asserts that the FBI coordinated these attacks on plaintiff by using Sunnyvale Police officers and their FBI Informants and or "Assets". And then another assault in the City of Palo Alto on 12-29-18, Palo Alto Police Log # 190030042.

Santa Clara Police Chief Michael J. Sellers and Senior Librarian Hillary Kieth particip[ated in constant harassment that could of resulted in serious physical injuries and or death. The City of Santa Clara staff members conspired together with the Federal Bureau of Investigation [FBI], that resulted in false charges being filed against plaintiff that resulted in two separate arrests, one on or around 8-16-17, and again recently on 11-11-2018.

Plaintiff has submitted several complaints to the United States Department of Justice concerning the abuse by the Federal Bureau of Investigation and other law enforcement agencies, all to no avail.

Plaintiff has complained to the Department of justice that the FBI or their informants and or assets have made numerous **fake emergency 911 calls** falsely identifying plaintiff as a person with a gun or weapon threatening people. These incidents have occurred far back as 4-6-12, in the City of San Francisco and recently as on or around 8-15-18, in the City of Sunnyvale.

Plaintiff attempted to file a civil rights lawsuit titled Villegas –v- K. Harris, when Mrs. Kamela Harris was the State Attorney General but plaintiff was prevented by who did everything from destroy evidence, destroy plaintiffs personal laptops and other legal supplies and equipment that plaintiff would need to effectively bring forth a complaint and litigate it.

The fact is that the defendants have used a myriad of "Dirty Tricks" to prevent plaintiff from accessing the courts. Such as, but not limited to tampering with plaintiffs food and vehicle.