Eleazar Villegas

P.O. Box 1121

Santa Clara, CA 950552

(669)236-9071   zarville1@yahoo.com

E-FILING   ADR

FILED
JAN 09 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

January 9, 2019

Susan Y. Soong, Clerk, of the Northern District Court

Snooki Puli, Americans with Disabilities Act Coordinator

Ravi Subramanian, Chief Deputy of Administration

280 South First St. Room 2112

San Jose, CA 95113

CV 19 0135



VKD

**SUBJECT: REQUEST FOR REASONABLE ACCOMMENDATION UNDER THE AMERICANS WITH DISABILITES ACT**

    Today I am filing a **42 U.S.C sec. 1983 civil rights action against the FBI, et.al;** based on the fact that the **FBI and their codefendants have been** denying me my right to "Access the Courts" pursuant to the United States Constitution. I am bringing to the courts attention that they have employed numerous **unconstitutional "dirty tricks" that** they employ to impede and or obstruct ones right to bring forth an action against them.

    I am only conveying this information because it relates to my disability and my ability to bring forth and properly litigate a legal claim.  The defendants have destroyed **(4) of my laptops and or computers, (2) of my typewriters** as well as deleted completed legal documents that I typed on computers in the public libraries. Furthermore, I can only use a public library computer for 120 minutes per day.

    Therefore, I am reduced to handwriting much of my legal documents, and this is a problem for me. I have a permanent disability to my neck and several other injuries that cause me great pain. I take migraine medication as well as medication for nerve damage.

    All of the above results in difficulty in me being able print my legal documents legible for the court can read them. Therefore, pursuant to the Americans with Disabilities Act  can the

Northern District Court provide any reasonable accommodation or guidance that can assist me in protecting my **Constitutional Right to Access the Courts.**

Thank you for your time and anticipated cooperation in this urgent matter.

Respectfully Submitted,

_____

Mr. Eleazar Villegas, plaintiff in pro se.