# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ELEAZAR VILLEGAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER WRAY, et al.,<br><br>　　　　　Defendants. | Case No. 5:19-cv-07193 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

　　　In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Lucy H. Koh to determine whether it is related to 5:19-cv-00135 LHK, *Eleazar Villegas v. Christopher Wray, et al.*

　　　IT IS SO ORDERED.

Date: November 5, 2019

_____
Nathanael M. Cousins
United States Magistrate Judge